**Order entered January 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00444-CR

## CORTNEY WOODS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F16-76149-Y

## ORDER

Appellant's counsel has moved this court to extend the time to file the opening brief in this case, counsel's third such motion in this case. That same day, January 14, 2019, counsel filed substantially similar motions in four other appeals.

Specifically, the motion includes a paragraph discussing counsel's recent completion of a paper for a continuing legal education presentation. Counsel has given insufficient basis for this to be the primary reason for his failure to complete the appellant's brief. Preparing for a continuing legal education presentation, while laudable, should not preempt a lawyer's preparation of work due to the court. *See* Tex. Disciplinary Rules Prof'l Cond. R. 3.02, cmt. 3.

Counsel cites one other case to justify the extension request. In that case, counsel represents he is preparing a motion for panel rehearing due on first extension January 18, 2019.

But two of the three panel members who decided that case have departed this court, and counsel's motion for panel rehearing "must be denied." *See* Tex. R. App. P. 49.3. This provides insufficient basis for extending the time in this case.

Finally, in his prayer, counsel cites rule 68.2(a), which sets forth the considerations in determining the due date for a petition for discretionary review to the Court of Criminal Appeals. This rule is inapplicable here.

The court **GRANTS** the motion in this case based on counsel's representation that he has spent significant time preparing briefing, that he has identified and articulated specific issues, and that the brief "should be" completed and filed on January 19, 2019. Work on a single appeal alone will not ordinarily satisfy rule 10.5(b)(1)(C)'s reasonableness inquiry.

The Court **ORDERS** Appellant's brief in this case due **January 22, 2019**.

/s/    CORY L. CARLYLE
        JUSTICE